UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$4,083,935.00 OF FUNDS ASSOCIATED WITH DANDONG CHENGTAI TRADING LIMITED,<br><br>$500,000.00 OF FUNDS ASSOCIATED WITH CHI YUPENG,<br><br>In Rem Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:17-01706 (CRC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR
ENTRY OF DEFAULT JUDGMENT AS TO IN REM DEFENDANTS**

Plaintiff, United States of America, by and through undersigned counsel, respectfully moves for the entry of a default judgment against $4,083,935.00 associated with Dandong Zhicheng Metallic Material Co., Ltd. a/k/a Dandong Chengtai Trading Limited ("Dandong Zhicheng") ("Defendant Property 1"), and $500,000.00 associated with Chi Yupeng ("Defendant Property 2"), (collectively, the "*In Rem* Defendants").[1]  As set forth in the accompanying Memorandum in Support, the United States provided notice of this action by public notice and by specific notice to potential claimants.  When no response or claim was filed within the specified time, the Clerk of Court entered default against all defendants on August 28, 2018 (ECF 11).  This matter is now ripe for the entry of a default judgment.  Specifically, the United States requests forfeiture of the *In Rem* Defendants, valued at $4,583,935.00, to the United States.

---

[1] The United States' motion for Default Judgment is limited to the *In Rem* Defendants.  Default Judgment as to the *In Personam* Defendants is not yet ripe.

1

A proposed order accompanies this Motion.

                                          Respectfully submitted,

                                          JESSIE K. LIU, D.C. Bar No. 472845
                                          United States Attorney for the District of Columbia

By:             /s/
                     Zia M. Faruqui, D.C. Bar No. 494990
                     Assistant United States Attorney
                     555 Fourth Street, N.W.
                     Washington, D.C. 20530
                     (202) 252-7117
                     zia.faruqui@usdoj.gov

August 30, 2018                *Attorneys for the United States of America*