UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>U.S. Attorney's Office<br>555 Fourth Street, NW<br>Washington, DC 20530,<br><br>        Plaintiff,<br><br>  v.<br><br>DANDONG ZHICHENG METALLIC MATERIAL CO., LTD<br>A/K/A DANDONG CHENGTAI TRADING CO. LTD.,<br>A/K/A DANDONG CHENGTAI TRADE CO. LTD.,<br>RM. 1801, NO. 96 JINJIANG ST., DANDONG, LIAONING PROVINCE, CHINA<br><br>RAMBO RESOURCE LIMITED,<br>A/K/A TIN YEE RESOURCES LIMITED,<br>ROOM 907, JDL 125, WING TUCK COMMERCIAL CENTRE, 177-183 WING LOK STREET, HONG KONG, CHINA<br><br>RUIZHI RESOURCES LIMITED,<br>ROOM 1302, NUMBER 298 JIANGCHENG DANDONG, LIAONING PROVINCE, CHINA<br><br>SHUN MAO MINING CO., LIMITED,<br>RM. 1801, NO. 96 JINJIANG ST., DANDONG, LIAONING PROVINCE, CHINA<br>MAISON TRADING LIMITED,<br>TRUST COMPANY COMPLEX, AJELTAKE ISLAND, MAJURO, REPUBLIC OF THE MARSHALL ISLANDS, MH<br><br>CHI YUPENG,<br>RM. 1801, NO. 96 JINJIANG ST., DANDONG, LIAONING PROVINCE, CHINA<br><br>        Defendants. | Civil Action No. 1:17-01706 (CRC) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, the United States of America, by and through its undersigned counsel, respectfully provides notice that it hereby dismisses the instant *in personam* action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This Court previously entered default judgment as to all *in rem* defendants. As such, there is no longer an active controversy in this matter, and it may be closed.

Respectfully submitted,

JESSIE K. LIU,
United States Attorney

By:     /s/
Zia M. Faruqui, D.C. Bar No. 494990
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7566 (main line)

*Attorneys for the United States of America*